AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>**Christian Cortez**<br><br>*Defendant* | Case: 1:21-mj-00300<br>Assigned To : Harvey, G. Michael<br>Assign. Date : 3/12/2021<br>Description: Complaint w/ Arrest Warrant |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **Christian Cortez**,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment   ❏ Superseding Indictment   ❏ Information   ❏ Superseding Information   ☒ Complaint
❏ Probation Violation Petition   ❏ Supervised Release Violation Petition   ❏ Violation Notice   ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a) - (Assaulting a Federal Officer)
18 U.S.C. § 231(a)(3) - (Civil Disorder);
18 U.S.C. § 1512(c)(2) - (Obstructing an Official Proceeding);
18 U.S.C. § 1752(a)(1) and (2) - (Unlawfully Entering Restricted Building to Disrupt Government);
40 U.S.C. § 5104(e)(2)(D), (E), and (G) - (Disorderly or Disruptive Conduct on Restricted Grounds)

Date: 03/12/2021

Digitally signed by G. Michael Harvey
Date: 2021.03.12 12:21:31 -05'00'

*Issuing officer's signature*

City and state:   Washington, D.C.     G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 3/12/21, and the person was arrested on *(date)* 3-26-21
at *(city and state)* Seabrook, TX.

Date: 3-26-21

*Arresting officer's signature*

SA John Bray
*Printed name and title*