UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:21-cr-317-02 (TSC) |
| CHRISTIAN CORTEZ | |

### DEFENDANT'S UNOPPOSED MOTION FOR PERMISSION TO ATTEND TWO EVENTS

Defendant Christian Cortez respectfully requests permission to attend two events that may last later than his 9:00 p.m. curfew, which is a condition of his pretrial release. *See* ECF No. 16. Neither the Government nor Mr. Cortez's supervising Pretrial Services officer object to this request.

For background: The United States has charged Mr. Cortez in a five-count indictment based on the events at the United States Capitol on January 6, 2021. Mr. Cortez initially appeared for a detention hearing in the Southern District of Texas, where he was released on bond. He has complied with all release conditions. This case is scheduled for a status conference on July 7, 2021.

For this request: Mr. Cortez's younger sister is graduating from high school, and he would like to attend her graduation and her graduation celebration party. Those events will be held, respectively, on May 27, 2021, at 8:00 pm., and June 5, 2021, at 6:30 p.m. Mr. Cortez's mother, who is his third-party custodian, will accompany him to both events.

Both the United States and the Pretrial Services Office do not oppose this motion. Undersigned counsel communicated with Assistant United States Attorney Troy Edwards, who confirmed he is unopposed. Counsel also communicated with Mr. Cortez's supervising officer in the Southern District of Texas, United States Probation Officer Michele McCoy-Brown; on May 14, 2021, she confirmed that Mr. Cortez is in compliance with his conditions of release, and she confirmed that she is unopposed to this motion.

Mr. Cortez therefore requests this Court's permission to attend a graduation on May 27, 2021, and a graduation celebration party on June 5, 2021, even though those events may last past his 9:00 p.m. curfew.

Respectfully submitted,

MARJORIE A. MEYERS
Federal Public Defender
Southern District of Texas

By /s/ Joshua Lake
JOSHUA B. LAKE
Assistant Federal Public Defender
440 Louisiana Street, Suite 1350
Houston, TX 77002-1056
(713) 718-4600
Joshua_B_Lake@fd.org

Attorney for Christian Cortez