UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:21-cr-317-02 (TSC) |
| CHRISTIAN CORTEZ | |

### DEFENDANT'S UNOPPOSED MOTION TO AMEND CONDITIONS OF RELEASE

Defendant Christian Cortez respectfully requests that the order setting conditions of release (ECF Doc. # 16) be amended to remove curfew as a condition of his bond.

The United States has charged Mr. Cortez in a five-count indictment based on the events at the United States Capitol on January 6, 2021. In March 2021, Mr. Cortez initially appeared for a detention hearing in the Southern District of Texas, where he was released on bond. His case is currently scheduled for a status conference on December 1, 2021. He has complied with all release conditions.

Mr. Cortez's curfew condition has limited his employment potential and affected his family obligations. In a letter to the Court, his employer confirms that Mr. Cortez is unable to work on jobs that require overnight lodging. (Exhibit 1). His step-mother, Joann Cortez, submits that his curfew has made him unavailable to supervise his younger siblings when she is traveling for work. (Exhibit 2).

A curfew restriction is not necessary for Mr. Cortez. The instant offense is not alleged to have occurred during the night. His bond conditions prohibit him from

visiting the District of Columbia, except to attend court. He is also required to obtain approval for any travel outside of the Southern District of Texas.

Undersigned counsel communicated with Assistant United States Attorney Kathryn Fifield and Mr. Cortez's supervising pretrial officer Michele McCoy-Brown, who confirmed that she is unopposed.

Counsel also communicated with Mr. Cortez's D.C. based pretrial officer, Christine Schuck. Ms. Shuck noted that, consistent with local practice, Pretrial Services for the District of Columbia, recommends that, rather than removing curfew as a condition, the Court should amend his conditions to permit his supervising probation officer to approve curfew exceptions for employment and family purposes. However, it is not uncommon for defendants who are released pending trial in the Southern District of Texas to be released without curfew or any other location restriction program. Ms. Schuck confirmed that Mr. Cortez is in compliance with his conditions of release.

Mr. Cortez therefore requests that the Court amend the order setting conditions of release (ECF Doc. # 16) to remove curfew as a condition of his bond.

    Respectfully submitted,

    MARJORIE A. MEYERS
    Federal Public Defender
    Southern District of Texas No. 3233
    Texas State Bar No. 14003750

    By /s/ Amr A. Ahmed
    AMR A. AHMED
    Assistant Federal Public Defender
    Southern District of Texas No. 3088803
    Virginia State Bar No. 81787
    440 Louisiana, Suite 1350
    Houston, TX 77002-1056
        Telephone:  713.718.4600
        Fax:           713.718.4610