**Rocket City Remodeling**

PO Box 793
Seabrook TX 77586

27th of September 2021

To whom it may concern,

    Christian Cortez is a trusted member of my company. He is professional, punctual and a hard worker.

    I support the request of Mr. Cortez's removal of curfew restrictions, as it would benefit my company. Currently he is unable to work as late as needed to complete jobs, or work on jobs that would require overnight hotel stays in the surrounding areas.

    Mr. Cortez's high quality of competency and good judgement has made him a valued member of my company. Please consider this as my support of Mr. Cortez's good character, for the removal of his curfew restrictions.

Thank you

    David Hardie

    www.rocketcityremodeling.com



DEFENDANT'S EXHIBIT 1