To whom it may concern:

      I am writing this letter in regards to lifting Christian's curfew restrictions. Due to the fact that Christian has his curfew restrictions; his restrictions have affected his ability to assist the family. When various out of town needs arise for work. I need him to assist with his siblings at our home as he has for many years in the past. Not having him available has hindered my ability to take work trips as in the past. Please consider lifting his restrictions. It would be a great help to the family.

Thank you for your time,
Joann Cortez

DEFENDANT'S EXHIBIT
2