# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | Case No. 1:21-cr-317-02 (TSC) |
| **CHRISTIAN CORTEZ** | |

## ORDER

For good cause shown, Defendant Christian Cortez's Unopposed Motion to Modify Conditions of Release, ECF No. 32, is hereby **GRANTED** in that the terms of section 7(p) of the order setting conditions of release, ECF No. 16, are amended to allow the pretrial services office or supervising officer to approve curfew exceptions for employment and family purposes.

Dated: October 18, 2021

*Tanya S. Chutkan*
TANYA S. CHUTKAN
UNITED STATES DISTRICT JUDGE