# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:21-cr-317-02 (TSC) |
| CHRISTIAN CORTEZ | |

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Assistant Federal Public Defender Joshua B. Lake moves to withdraw as counsel of record in this case, because he will be leaving the Federal Public Defender's Office at the end of January. This request follows notice that Assistant Federal Public Defender Amr Ahmed is appearing as lead counsel for Defendant Christian Cortez. *See* Notice of Appearance (July 30, 2021), ECF No. 25. Mr. Ahmed has already begun serving as lead counsel, so this motion will not delay the proceedings and will not prejudice any party.

Counsel will comply with Local Criminal Rule 44.5(d) by mailing a copy of this motion to Mr. Cortez, and all parties will receive automatic notice through the CM/ECF system. Counsel has already spoken with Mr. Cortez about this motion, which he does not oppose. Counsel also communicated with Assistant United States Attorney Troy A. Edwards, Jr., who confirmed that the United States is likewise unopposed.

Respectfully submitted,

MARJORIE A. MEYERS
Federal Public Defender
Southern District of Texas

By _____/s/ Joshua B. Lake_____
JOSHUA B. LAKE
Assistant Federal Public Defender
440 Louisiana Street, Suite 1350
Houston, TX 77002-1056
(713) 718-4600
Joshua_B_Lake@fd.org

**CERTIFICATE OF CONFERENCE**

I certify that I communicated with Assistant United States Attorney Troy A. Edwards, Jr., who indicated that the government is unopposed to this motion.

                                           */s/ Joshua B. Lake*
                                           JOSHUA B. LAKE

**CERTIFICATE OF SERVICE**

I certify that on January 6, 2022, a copy of the foregoing will be served upon all parties by Notification of Electronic Filing through CM/ECF, and my office will mail a physical copy to Christian Cortez at his home address.

                                           */s/ Joshua B. Lake*
                                           JOSHUA B. LAKE