# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No.: 21-CR-317-2 (TSC) |
| | : | |
| v. | : | **VIOLATION:** |
| | : | 18 U.S.C. § 231(a)(3) |
| | : | |
| **CHRISTIAN CORTEZ,** | : | |
| | : | |
| **Defendant.** | : | |

## I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

On or about January 6, 2021, within the District of Columbia, **CHRISTIAN CORTEZ**, committed and attempted to commit an act to obstruct, impede, or interfere with a law enforcement officer from the United States Capitol Police, lawfully engaged in the lawful performance of his/her official duties incident to and during a civil disorder which in any way obstructed, delayed, and adversely affected commerce and the movement of any article and commodity in commerce and the performance of a federally protected function.

(**Civil Disorder**, in violation of Title 18, United States Code, Section 231(a)(3))

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney

By:     /s/
        Kathryn E. Fifield
        Trial Attorney
        U.S. Department of Justice, Crim. Div.
        Troy A. Edwards, Jr.
        Assistant United States Attorney
        U.S. Attorney's Office, District of Columbia
        555 4th St. NW
        Washington, D.C. 20350
        kathryn.fifield@usdoj.gov
        troy.edwards@usdoj.gov