August 19, 2022

Your Honor,

I would like the chance to both accept responsibility for my actions and put my character into context.

From what I have learned from you in your court, I need to be an individual and not a case. I try every day to live in the means of virtue, though I am not perfect, I try and present myself in a way a role model should. I love my family more than anything else and wish the land of opportunity and freedom always be available to them. However, I do not only wish for my family to reap the beauty of this land, but all of the youth. I understand for that very land to prosper there must be rules and consequences for breaking those rules.

I condemn violence, the destruction of property and intimidation. I do not believe any of these to be constructive and only perpetuates a cycle of destruction. Words are an individual's strongest tool, and using them calmly and without emotion are key to mastering this tool. I failed to use my strongest tool on January 6th, 2021, and reactively shouted.

On that day I was unaware of what would transpire. I fully acknowledge that individuals of weak character committed the very actions I condemn, and in many instances, I actively attempted to stop these acts. At the time I believed I was doing the right thing.

Reflecting on my actions I understand that it was not my place and my very presence interfered with the officers who were doing their jobs. These officers were understaffed for the size of this incident and by being there I only contributed to these hardships. Life was lost on that day, maybe if the officers were not strained and could think clearly, Ashli Babbitt would be alive today.

    I would like to conclude this by stating in my own words, I would never attempt to cause harm to any officer doing their job. I love this country and my fellow people who inhabit it, even if they think the worst of me. I believe in the Republic for which this country stands, and would die for its liberty that is given to all.

Sincerely,

    Christian Cortez