Exhibit 2A taken from Exhibit 3 at 2:22



Exhibit 2B taken from Exhibit 3 at 9:06



Defense exhibit 1: images taken from defense exhibit 2, CCTV video depicting an interior hallway immediately in front of the Parliamentarian Door on January 6, 2021, between 1:40 p.m. and 1:55 p.m.

Exhibit 1C taken from Exhibit 3 at 13:06



Defense exhibit 1: images taken from defense exhibit 2, CCTV video depicting an interior hallway immediately in front of the Parliamentarian Door on January 6, 2021, between 1:40 p.m. and 1:55 p.m.