UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-cr-317 (2) (TSC) |
| | : | |
| **CHRISTIAN CORTEZ,** | : | |
| | : | |
| **Defendant** | : | |

### NOTICE OF FILING CORRECTED SENTENCING MEMORANDUM

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits this notice of filing of a corrected sentencing memorandum in the above-captioned matter. The previously filed memorandum (ECF No. 71) incorrectly stated the government's sentencing recommendation in the concluding paragraph. The attached sentencing memorandum correctly states the government's recommended sentence as to Christian Cortez – four months' incarceration, three years' supervised release, $2,000 in restitution, and the mandatory $100 special assessment. The attached also corrects some inconsistent font sizing in the previously filed memorandum.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By: _____/s/_____
Kathryn E. Fifield
Trial Attorney
U.S. Department of Justice, Crim. Div.
Detailed to the D.C. U.S. Attorney's Office
601 D St. NW
Washington, D.C. 20530
Kathryn.fifield@usdoj.gov
(202) 320-0048